COLLEGE PARK CEMETERY PROPERTIES INC. *v.* COTTONGIM.

ATKINSON, Presiding Justice. Where at an interlocutory hearing an order is granted modifying a previous temporary injunction, a fast writ of error will not lie to that order. *Wright* v. *Thompson,* 147 *Ga.* 500 (94 S. E. 767). In the instant case the most the plaintiff in error can contend for is that the order revoking the former temporary restraining order and granting only part of the relief prayed for was by inference or implication a judgment refusing an interlocutory injunction. "There can be no order or judgment by inference or implication that can be the subject of review by an appellate court." *Putnam Mills & Power Co.* v. *Stonecypher,* 151 *Ga.* 14 (106 S. E. 87) ; *Touchton* v. *Henderson,* 158 *Ga.* 819 (124 S. E. 529). Accordingly the writ of error must be            *Dismissed. All the Justices concur.*

No. 12142. MARCH 9, 1938.

742

*Woodruff & Ward,* for plaintiff.
*Lowndes Calhoun* and *M. Smith,* for defendant.